IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLES LITTLE,

    Petitioner,

v.   Civil Action No. 3:17CV682

PIEDMONT REGIONAL JAIL,

    Respondent.

## MEMORANDUM OPINION

Charles Little, a former federal inmate proceeding pro se, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on October 27, 2017, the Court directed Little to complete and return, within eleven (11) days of the date of entry thereof, the standardized form for filing a § 2241 petition. More than eleven (11) days have elapsed and Petitioner has not returned the required form. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Little.

It is so Ordered.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: December 5, 2017
Richmond, Virginia